NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHELIA WINSETT,**
*Claimant-Appellant,*

**v.**

**Eric K. Shinseki, SECRETARY OF VETERANS AFFAIRS**,
*Respondent-Appellee.*

---

2013-7086

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 12-2664, Judge Alan G. Lance Sr.

---

**ON MOTION**

---

**O R D E R**

Shelia Winsett files a "Motion To Supplement Memorandum Of Arguments."

Upon consideration thereof,

IT IS ORDERED THAT:

This motion and any additional motions will be forwarded to the merits panel for consideration.

2                                          WINSETT v. SHINSEKI

FOR THE COURT


/s/  Daniel E. O'Toole
      Daniel E. O'Toole
      Clerk

s25